ACCEPTED
03-14-00130-CV
4634706
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 11:23:57 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

March 25, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/25/2015 11:23:57 AM

JEFFREY D. KYLE
Clerk

The Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P. O. Box 12547
Austin, TX 78711-2547

*Via e-filing*

> Re:   No. 03-14-00130-CV, *Sierra Club & Public Citizen v. Texas Commission on Environmental Quality & Southwestern Electric Power Co.*, Court of Appeals, Third District of Texas at Austin, Texas.

Dear Mr. Kyle:

This case has been set for oral argument on May 6, 2015, at 1:30 p.m. before Justices Puryear, Pemberton, and Bourland.

I intend to argue the case before the Court on behalf of the Texas Commission on Environmental Quality.

Thank you for your attention to this matter. Please call if you need additional information.

Sincerely,

*/s/ Anthony Grigsby*
Anthony Grigsby
Assistant Attorney General
Anthony.Grigsby@texasattorneygeneral.gov
Environmental Protection Division

cc:   Eric Allmon, *Attorneys for Sierra Club & Public Citizen*, eallmon@lf-lawfirm.com
      Derek Seal, *Attorneys for SWEPCO*, dseal@winstead.com